Sept. 17, 2023

FILED VIA MAIL
SEP 22 2023
CLERK U.S. BANKRUPTCY.
ORLANDO DIVISION

REG: Bankruptcy Case No. 6-23-bk-02173-GER

Adverse Proceeding No. 6:23-ap-00112-GER

To Whom It May Concern:

I am answering your complaint.

Clerk US Bankruptcy Court
and
John H Melninger III

I did not lie, leave out and or didn't disclose to my attorney, Mr. Biggie regarding the $16,500 loan. I told him when I first met him at his free consultation.
I told him I made a horrible decision. I applied online for a car loan that my son asked. He and Tiffany Goltz needed a car. I previously had loans with Lightstream and was with good
standing with them. I first applied using my son's and his x-wifes info. That was denied. I used me and my son and Tiffany Goltz and myself and they
were all denied. I then applied using my info. I was accepted for the loan. That was an idiotic thing I did but I wanted to help them out and they said they would give me the money and
I would make the payment on the loan (it was set up as an automatic withdrawal) I trusted she would give me the money. Which if you look at the bank statements she did. Example 1/03/23 $300.
I told Mr. Biggie the problem started when my son contacted me from CarMax that he was trading in that car. I told my son he couldn't, that Tiffany was still paying on the loan. He did it any way. Once my son did this Ms. Goltz stopped giving me money to pay on the loan. I could not afford the payments. I was paying on my other debt, including the $11,000 with Truist. I did tell Mr. Biggie this. I even showed him, which I

am including in this letter, the paper I showed him of my debt. He obviously did a horrible job of representing me. Not once did he advise me to get the copy of the check to Volkswagen or get the info on the trade in.
He didn't advise me not to file bankruptcy. He took my $3000 and led me to believe I had all the info I needed. I am hoping he sent you the check for the Volkswagon. I am sending you proof of the trade in that my son made with
that car. He traded in that car he got for a car at CarMax I am sending you that information. I am also sending you who funded that car, Western Funding. Which that car, August of this year, was voluntary repossessed. So
he no longer has any of the cars. Mr. Biggie even forgot to tell me to do the online course! It wasn't until the day it would of been past due that he called to ask if I did the course. Which left me running all night to get it done!!
Mr. Biggie, after I explained what my son did to me, made the comment on how horrible that was for my son to do that to me.

I have nothing. I live alone in a mobile home. I just get my pay check to pay check. My normal pay with Steward is $1165.76 per every other week. I take care of my two grandsons, 5 and 6 1/2. My mom use to send me money by check or transfer to my bank, for their schooling. I have a car that is worth $500. 120,000 miles, 2010 Kia
I do sell Avon but I have to pay Avon, so there is hardly a profit. I do billing for a doctor in Georgia, which she pays me but Kareo, which you see on my statement, is the billing software which I have to pay every month. So there is hardly any profit there. (I can send you my bank statement I am not hiding anything from you)

Prior to this car loan fiasco. I had good credit. I made an absolutely horrible decision to help my son.

I don't know what I can do? If the car was still available I would say take it. But like I mentioned Western Funding already has it.

my bills: monthly

| Amount | Item |
|---|---|
| $400. | Rent |
| 100.00 | electric |
| 80. | Gas |
| 350. (I feed grandsons) | Food |
| 275. | Car Ins. |
| 45. | Water |
| 177. | cell phone |
| 55. | AT&T |
| 20. | membership |

None of the companies were on that telephone line when we ( the judge, Mr. Biggie, myself) had the hearing regarding the bankruptcy. Per my credit report, Truist closed the account on the $11,000. I spoke with Lifestream they said they are waiting on the bankruptcy discharge and they will write off the loan. I am suffering for my attorneys lack of competancy. As you see
I can produce all the infomation regarding the car, trade in also. Mr. Biggie never asked me to get that prior to the hearing!! I wasn't "hiding" all that!! (Lightstream closed the acct as of 8/25)

What upsets me the most is that I explained all this to Mr. Biggie. I paid him $3000 to do what was legally right to do. He now tells me he is no longer representing me - goodbye! I have no money to hire an attorney. Obviously hiring him was my other horrible mistake!

I appreciate your consideration in all that I have said. I am praying for kindness and compassion. In NO way did I hide any infomation.

Thank you,

*Christine Guthrie*

Christine Guthrie

# U.S. Bankruptcy Court
## Middle District of Florida

In re:  
**CHRISTINE GUTHRIE**  
Debtor

Bankruptcy Case No. 6:23-bk-02173-GER

**EMERSON C. NOBLE**  
Plaintiff  
v.  
**CHRISTINE GUTHRIE**  
Defendant

Adversary Proceeding No. 6:23-ap-00112-GER

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>George C. Young Federal Courthouse<br>Orlando, FL 32801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| John H Meininger, III<br>Post Office Box 2706<br>Ocala, FL 34478 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address: George C. Young Federal Courthouse  
400 West Washington Street  
Orlando, FL 32801

Room: Courtroom 6D, 6th Floor  
Date and Time: Tuesday January 23, 2024 at 09:30AM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



FILED 09/13/2023

*[signature]*

Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***

The enclosed Certificate of Service must be filed with the court <u>along with a copy of this summons</u> after service has been made on the parties.

CSD 3007

12/28/2022

Balance 16,034.34

866-635-1330          Lightstream      16558.10
                                         9.49%

mailing           302.51 payment
PO Box 117320                            Acct #
Atl GA
30368-7320            ~~Citibank~~
                                         ~~5074 77R 3896 2264~~

1-877-860-1250    Capital One Walmart
                        2400
~ Capital One     2382.27
  PO Box 60519
  City of Industry, CA    5/12 Due
  91716-0519      Acct # 5239 1415 1118 1434

                  11976.27
                  ~~12446.44~~    payment 280.97

                  Phone  1-844 487 8478
Truist Item
Processing Center  10,740%
  PO Box 580048   920356 0289-9001
  Charlotte, NC
  28258-0048
              ~~Citibank~~        GAve to
                                  Mr. Biggie
                                  (attorney)

Citi Bank

2800.74   Balance

1800 950 5114

5424 1814 0393 3356

Citi Cards
P.O. Box 70166
Philadelphia PA
19176-0166

co-signer

One Main Financial
personal loan    interest bearing loan
11/18/22   $4571   acct #           20,332.24
              807811
     32930

800 290 7002

mail to:
P.O. Box 740594      One Main                      1013
Cincinnati OH        601 NW 2nd St  47708
45274-0594           Evansville IN

# Buyer's Order

| Dealer/Seller Name and Address | Buyer/Co-Buyer Name(s) and Address(es) |
|---|---|
| Jimmy Motor Car Company Inc. | Anthony Micheal Marsicano |
| 6113 E Colonial Dr | 3580 Detroiter DR |
| Orlando, FL 32807 | Melbourne, FL 32904 |
| | (321) 536-4711 |
| Phone (407) 203-5502 | antchap1001@icloud.com |
| Fax (407) 203-5523 | |

58-8017661615-2  Mo. of birth 10  Mo. of birth ___  Mo. of birth ___
Date 4/17/2023  Stock No. 055349P  Salesperson Gabriel Wai
App No. App# 14527895 - V# 1  Contract No. 1636

## Vehicle Information

☐ New    ☒ Used    ☐ Demo    ☐ _____
Year 2015            Lic. No.
Make Volkswagen     Odometer Reading 104720
Model Golf GTI      Color Carbon Steel Gray Metal
Body Style Hatchback
VIN 3VW4T7AUXFM055349
Other

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company  Geico Indemnity Company
Policy No. 4546873468

## Trade-In Information

**Trade-in 1**
Year 1996             Lic. No.
Make Volkswagen       Odometer Reading 60568
Model Golf            Color
Body Style Hatchback
VIN 3VWFA81H9TM032194
Lienholder Name
Address

Phone                 Payoff N/A
Payoff good through
Approved

**Trade-in 2**
Year                  Lic. No.
Make                  Odometer Reading
Model                 Color
Body Style
VIN
Lienholder Name
Address

Phone                 Payoff N/A
Payoff good through
Approved

## Itemization of Sale

| | | |
|---|---|---|
| 1. Vehicle Sales Price | $ | 13991.00 |
| 2. Sales Tax  6.00 | $ | 785.16 |
| 3. County Tax  1.00 | $ | 50.00 |
| 4. Other Tax(es) N/A | $ | 178.50 |
| 5. Subtotal (Add lines 1 through 4) | $ | 15004.66 |

**Title, License, Taxes & Other Fees**

| | | |
|---|---|---|
| 6. Predelivery Service Fee* | $ | 895.00 |
| 7. Electronic Transfer Fee* | $ | 200.00 |
| 8. License Plate/Registration | $ | C.O.D |
| 9. Certificate of Title | $ | C.O.D |
| 10. Temp Tag | $ | N/A |
| 11. Doc Stamp | $ | 60.90 |
| 12. ELECTRONIC ADMIN FEES | $ | N/A |
| 13. | $ | N/A |
| 14. | $ | N/A |
| 15. Total Other Fees (Add lines 6 through 14) | $ | 1155.90 |

**Additional Products**

| | | |
|---|---|---|
| 16. Marathon Administrative Co. | $ | 2550.00 |
| 17. Western Funding II Incorporated | $ | 650.00 |
| 18. | $ | N/A |
| 19. | $ | N/A |
| 20. | $ | N/A |
| 21. | $ | N/A |
| 22. | $ | N/A |
| 23. | $ | N/A |
| 24. Total Products (Add lines 16 through 23) | $ | 3200.00 |
| 25. Cash Sale Price (Add lines 5 + 15 + 24) | $ | 19360.56 |
| 26. Trade-in Allowance | $ | 2000.00 |
| 27. Less Payoff | $ | N/A |
| 28. Net Trade Allowance (Line 26-27) | $ | 2000.00 |
| 29. Cash Down Payment | $ | N/A |
| 30. Deferred Down Payment | $ | N/A |
| 31. Total Down Payment (Line 28 + 29 + 30) | $ | 2000.00 |
| 32. Total Balance Due (Line 25-31) | $ | 17360.56 |

We may retain or receive a portion of any amounts paid to others.

\* This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale. These fees are not state or government fees.

Initials: AM

Buyers Order-FL
©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BUY-ORDER-FL 10/15/2020
Bankers Systems®
Page 1 of 3

The original document is owned by Western Funding, Inc. and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Apr 17, 2023 12:31:43 PM.

☐ **Loan Processing Fee.** You agree to pay a loan processing fee of
$ __N/A_____ that will be ☐ paid in cash.
☐ financed over the term of the Contract.

☒ **Pre-delivery Service Fee.** You agree to pay a pre-delivery service fee of
$ __895.00_____ that will be ☐ paid in cash.
☒ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of
$ __N/A_____ if you pay this Contract in full before we have earned that much in finance charges.

### Itemization of Amount Financed

| | | |
|---|---|---|
| a. | Price of Vehicle, etc. (incl. sales tax of $ 1013.66 ) | $ 15004.66 |
| b. | Pre-delivery service fee | $ 895.00 |
| c. | **Cash Price** (a+b) | $ 15899.66 |
| d. | Trade-in allowance | $ 2000.00 |
| e. | Less: Amount owing, paid to (includes m): _____ | $ N/A |
| f. | Net trade-in (d-e; if negative, enter $0 here and enter the amount on line m) | $ 2000.00 |
| g. | Cash payment | $ N/A |
| h. | Manufacturer's rebate | $ N/A |
| i. | Deferred down payment | $ N/A |
| j. | Other down payment (describe) _____ | $ N/A |
| k. | **Down Payment** (f+g+h+i+j) | $ 2000.00 |
| l. | **Unpaid balance of Cash Price** (c-k) | $ 13899.66 |
| m. | Financed trade-in balance (see line f) | $ N/A |
| n. | Paid to public officials, including filing fees | $ N/A |
| o. | Insurance premiums paid to insurance company(ies) (See *Insurance Disclosures* section for coverage and benefits types.) | $ N/A |
| p. | Service Contract, paid to: Marathon Administrative Co. | $ 2550.00 |
| q. | To: Western Funding II Incorporated | $ 650.00 |
| r. | To: Documentary Stamp Tax | $ 60.90 |
| s. | To: Electronic Filing Fee | $ 200.00 |
| t. | To: _____ | $ N/A |
| u. | To: _____ | $ N/A |
| v. | To: _____ | $ N/A |
| w. | To: _____ | $ N/A |
| x. | To: _____ | $ N/A |
| y. | To: _____ | $ N/A |
| z. | To: _____ | $ N/A |
| aa. | **Total Other Charges/Amts Paid** (m thru z) | $ 3460.90 |
| bb. | **Prepaid Finance Charge** | $ N/A |
| cc. | **Amount Financed** (l+aa-bb) | $ 17360.56 |

We may retain or receive a portion of any amounts paid to others.

### Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**
☐ Single ☐ Joint ☒ None
Premium $ N/A_____ Term N/A_____
Insured _____

**Credit Disability**
☐ Single ☐ Joint ☒ None
Premium $ N/A_____ Term N/A_____
Insured _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

N/A_____
By: _____ DOB

N/A_____
By: _____ DOB

N/A_____
By: _____ DOB

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ 1000.00_____. If you get insurance from or through us you will pay $ N/A_____ for 0 months_____ of coverage. This premium is calculated as follows:

☒ $ 1000.00 Deductible, Collision Cov.   $ N/A
☒ $ 1000.00 Deductible, Comprehensive    $ INCL.
☐ Fire-Theft and Combined Additional Cov. $ N/A
☐ _____ $ N/A

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS CHECKED AND INDICATED.**

*[This area intentionally left blank.]*

The original document is owned by Western Funding, Inc. and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Apr 17, 2023 12:31:42 PM.

☐ **Single-Interest Insurance.** You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit. You authorize us to purchase Single-Interest Insurance.

eSigned By:
*Anthony Marsicano*
Apr 17, 2023 12:29:09 PM PDT

By: Anthony Micheal Marsicano     Date: 4/17/2023

By: _____     Date: _____

By: _____     Date: _____

### Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**
Term: 24 months or 24000 miles
Price: $ 2550.00
Coverage: Advantage

☒ **Gap Waiver or Gap Coverage**
Term: 72 months
Price: $ 650.00
Coverage: Western Funding II Incorporated

☐
Term: _____
Price: $ N/A
Coverage: _____

eSigned By:
*Anthony Marsicano*
Apr 17, 2023 12:29:09 PM PDT

By: Anthony Micheal Marsicano     Date: 4/17/2023

By: _____     Date: _____

By: _____     Date: _____

### Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**Deferment.** We may agree to defer the scheduled due date of all or any part of any installment payment, and will collect a $15.00 fee for such deferment. You must maintain the insurance on the Property required by this Contract during any deferment period. You may extend any optional insurance you bought with this Contract if the insurance company or your insurance contract allows the extension and if you pay the extension charge. In addition to the $15.00 deferment fee and the costs of extending required or optional insurance, you will also be required to pay additional finance charges as a result of exercising the deferment option.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. We may impose an acquisition charge of $75.00 for services performed in processing this Contract if it is paid in full within 6 months after the Contract's effective date. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a service charge that is the greater of 5% of the face amount of the instrument, (including orders of payment, debit card orders, or electronic funds transfers) or: $25.00, if the face value of the instrument does not exceed $50.00; $30.00 if the face value exceeds $50.00 but does not exceed $300.00; $40.00 if the face value exceeds $300.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Florida and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):
♦ You fail to perform any obligation that you have undertaken in this Contract.
♦ We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

---

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFAZFL 10/10/2015

*AM*     Page 3 of 6

The original document is owned by Western Funding, Inc. and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Apr 17, 2023 12:31:42 PM.

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.



# First Payment Notice

Your contract has been assigned to Western Funding. During the next week, Western Funding will contact you regarding your automobile purchase. **Please make sure that you are available for this telephone interview, which is required for the financing of your new vehicle.**

Your first payment of $ **408.62** is due on **05/17/2023**

This payment and all your other payments must be paid to Western Funding Inc. Western Funding will send you a Welcome Package immediately after your contract is financed. You will also receive monthly billing statements from Western Funding. If you do not receive a Welcome Package or billing statement before the first payment date above, you must mail the first payment directly to Western Funding at the address below. Write your Social Security number on your check or money order, so the payment can be credited to your account.

Mail your payments to:     **Western Funding, Inc.**
                           **PO Box 843758**
                           **Los Angeles, CA 90084**

Western Funding Customer Service: **888-434-5913**

You also have other payment options:

**Pay Online:** Go to myaccount.westernfundinginc.com to register your account and make a payment today! Online payments can be made by Checking/Savings Account or Visa, MasterCard, or Discover Debit and ATM. Please note, there MAY be a $5 fee associated with this service.

**Payment by Phone:** You can make a payment using our automated phone system by calling (888) 434-5913, 24/7. Phone payments can be made by Checking/Savings Account or Visa, MasterCard, or Discover Debit and ATM. Please note, there MAY be a $5 fee associated with this service.

**MoneyGram©:** MoneyGram is also a wire transfer of your payment. The cost ranges between $2.99 - $9.95. Call (800) 666-3947 for a MoneyGram location near you, or visit your local Wal-Mart. Give the MoneyGram agent the Western Funding code of 1565. If you know your Western Funding account number, give that number to the agent when you make the payment. Otherwise, give your Social Security number.

**Pay Near Me©:** You can make a payment at any 7-Eleven or Family Dollar location. The cost is $3.99. Sign up for this service at paynearme.com/WesternFunding. You will need your Western Funding account number, and your 5-digit zip code. You can choose to receive either an email or text message that contains a link to a barcoded Pay Slip that can be printed, or sent to your phone. Pay Near Me Excluded States: New Mexico, Hawaii, and Oklahoma.

| Customer Name: **Anthony Micheal Marsicano** | Cosigner: | |
|---|---|---|
| Physical Address: **3580 Detroiter DR** | | |
| City: **Melbourne** | State: **FL** | ZIP: **32904** |
| Day Phone: **(321) 536-4711** | Eve Phone: **(321) 536-4711** | |

Selling Dealership Name: **Jimmy Motor Car Company Inc.**

WFI Customer First Payment Notice 10.2017                                    Page 1 of 1

The original document is owned by Western Funding, Inc. and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Apr 17, 2023 12:31:42 PM.